SHARP CORP. AND SHARP ELECTRONICS CORP., PLAINTIFFS *v.*
UNITED STATES, DEFENDANT

Court No. 91–08–00632

(Dated June 6, 1994)

## FINAL JUDGMENT ORDER

MUSGRAVE, *Judge:* Upon consideration of the intent of plaintiffs Sharp
Corporation and Sharp Electronics Corporation (collectively "Sharp")
not to file further Rule 56.2 motions in this action, as stated in a letter
received by the Court from Sharp's counsel dated June 2, 1994, the Partial Judgment of this Court dated May 5, 1994, all papers and proceedings herein, and upon due deliberation, it is hereby

ORDERED that this action is dismissed.